**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lisa J. Redding, Alan Redding, | Civil No. 10-4386 (RHK/FLN) |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Capital One Bank (USA), N.A., Messerli & Kramer, P.A., | |
| Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice (Do. No. 47), filed by the parties on December 1, 2011, and upon all the files, records and proceedings herein, **IT IS ORDERED** that all claims asserted by Plaintiffs in the above-entitled action, including all claims for attorney's fees, are **DISMISSED WITH PREJUDICE** on the merits, and without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 1, 2011

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge